IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Webuild S.p.A, f/k/a Impregilo S.p.A., <br>           *Plaintiff*, <br><br>     v. <br><br> Argentine Republic, <br>           *Defendant*. | Civil Action No.   21-cv-2464 (RBW) |

## DECLARATION OF RATHNA J. RAMAMURTHI IN SUPPORT OF MOTION TO DISMISS

Pursuant to 28 U.S.C. § 1746, Rathna J. Ramamurthi declares as follows:

1. I am an attorney admitted to practice before this Court and an associate at Cleary Gottlieb Steen & Hamilton LLP, counsel for the Republic of Argentina (the "Republic") in the above-captioned matter. I submit this declaration on behalf of the Republic in support of its motion to dismiss the Complaint, dated September 20, 2021, filed by Webuild S.P.A. in the above-captioned action.

2. Attached to this declaration as Exhibits A-D are true and correct copies of:

| Ex. | Document |
|---|---|
| A | Convention on the Settlement of Inv. Disputes: Hearing Before the Subcomm. on Int'l Orgs. & Movements of the H. Comm. on Foreign Affs., 89th Cong. 2d Sess. (1966) |
| B | Statement of Fred B. Smith, General Counsel, Department of the Treasury, excerpted from S. Rep. No. 89-1374 (1966) |
| C | Report of the Committee on Foreign Affairs, H.R. Rep. No. 89-1741 (1966) |
| D | Statement of Ambassador Richard D. Kearney, excerpted from S. Rep. No. 91-702 (1970) |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 8, 2022 in Arlington, Virginia.

                                    RATHNA J. RAMAMURTHI