IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Webuild S.p.A, f/k/a Impregilo S.p.A., <br><br>            *Plaintiff*, <br><br>     v. <br><br> Argentine Republic, <br><br>            *Defendant*. | Civil Action No.   21-cv-2464 (RBW) |

### [PROPOSED] ORDER

Upon consideration of Defendant the Republic of Argentina's Memorandum of Points and Authorities in Support of its Motion to Dismiss; the accompanying Declaration of Rathna J. Ramamurthi, and all attached exhibits; all responses and replies thereto; and all of the prior pleadings and proceedings in this matter, it is hereby

**ORDERED** that Defendant's Motion to Dismiss the above-captioned action and to deny all of Plaintiff's requested relief is **GRANTED**.

DATE:                                                                          _____
                                                                                             REGGIE B. WALTON
                                                                                             United States District Judge

## List of Persons to Be Notified

**Plaintiff**
Webuild S.P.A.

Thomas C. Childs (tchilds@kslaw.com)
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
(212) 556-2167

**Defendant**
Republic of Argentina

Carmine D. Boccuzzi, Jr. (cboccuzzi@cgsh.com)
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2508

Rathna J. Ramamurthi (rramamurthi@cgsh.com)
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 974-1515