# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WEBUILD S.P.A., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Civil Action No. 21-2464 (RBW) |
| ARGENTINE REPUBLIC, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the defendant's Motion to Dismiss, ECF No. 9, is **DENIED**.

**SO ORDERED** this 19th day of November, 2024.

REGGIE B. WALTON
United States District Judge